## CECIL *v.* DIRECTOR OF PATUXENT INSTITUTION

[App. No. 101, September Term, 1964.]

*Decided February 12, 1965.*

Before Prescott, C. J., and Hammond, Marbury, Sybert, Oppenheimer and Barnes, JJ.

Per Curiam.

For reasons stated in the opinion of Judge Rasin below, the application for leave to appeal is hereby denied.